CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo Jr.**,<br><br>　　　Plaintiff,<br><br>　v.<br><br>**Thrifty Payless, Inc;**<br>and Does 1-10,<br><br>　　　Defendants | Case No.: 8:20-cv-00239-JLS-ADS<br><br>**Declaration of Amanda Seabock in Response to the Show Cause Order**<br><br><br>Complaint Filed: 2/6/2020 |

1. I, the undersigned, am one of the attorneys for plaintiff, Rafael Arroyo Jr., and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. Plaintiff and Defendant settled this case along with approximately two dozen others in which the two parties were involved. Dkt. 21.

3. After months of efforts, Plaintiff had been unable to finalize the settlement with Defendants and was forced to restore the case to the active docket. Dkt. 28.

4. This course of action was not Plaintiff's preference. It was, however, the only option as Defendants had stopped cooperating. Plaintiff did as he was expected – he timely notified the Court that the case had settled and alerted the Court when it appeared that the settlement would not come to fruition.

-2-

5. Counsel for Defendants reached out to me on August 18, 2020, with a proposed solution to the instant dispute. In short, the Parties will continue efforts toward a settlement. But, out of an abundance of caution, Plaintiff believes that keeping this case on the active calendar is appropriate.

6. Plaintiff and counsel sincerely apologize to the Court for any misunderstandings. Indeed, we are likewise frustrated by these events as Plaintiff had reached a deal with Defendants and counted on their performance.

7. In light of the above facts, Plaintiff respectfully requests that the Court discharge the current show cause Order and decline to impose sanctions.

8. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: August 18, 2020         CENTER FOR DISABILITY ACCESS

                               By:   /s/ Amanda Seabock
                                     Amanda Seabock, Esq.
                                     Attorneys for Plaintiff