Wayne C. Arnold SBN 103194
16755 Von Karman, Ste. 200
Irvine, CA 92614
Telephone: 714-271-5214
Email: warnold@wcalaw.net

Attorney for Defendants THRIFTY PAYLESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Rafael Arroyo, Jr.,**

    Plaintiff,

v.

**Thrifty Payless, Inc.**, a California Corporation; and Does 1-10

    Defendants.

CASE NO. 8:20-cv-00239-JLS-ADS

**DECLARATION OF WAYNE C. ARNOLD IN RESPONSE TO ORDER TO SHOW CAUSE**

I, WAYNE C. ARNOLD, declare as follows:

1. I am an attorney duly admitted to practice before all courts of this state and I am a sole practitioner in Irvine, California. I am counsel of record for Defendant Thrifty Payless, Inc. I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

2. Defendant joins in Plaintiff's request that the Court discharge the OSC and decline to award sanctions.

3. The court has previously declined to exercise supplemental jurisdiction leaving only injunctive relief as an issue. The parties resolved that issue with a stipulated order which Court signed.

4. The only remaining issue was attorney's fees.

5. The parties tentatively resolved that issue as part of a settlement of about two dozen similarly situated cases.

6. The parties were unable to agree on one of the terms of that settlement. As plaintiff's counsel noted, I telephoned her on the 18th with a proposal to resolve this one issue and the parties again have tentatively agreed upon the final resolution of this case and the other cases as well.

7. I have prepared a draft agreement with that settlement for this case which would be used as template in all the similarly situated cases.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on August 19, 2020 at Irvine, California.

/s/
WAYNE C. ARNOLD

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document entitled **DEFENDANT THRITY PAYLESS, INC.'S ANSWER TO COMPLAINT,** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case as follows**:**

| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Raymond Ballister, Jr.<br>Russell Handy<br>Dennis Price<br>Amanda Seabock<br>Mail: 8033 Linda Vista Road, Suite 200<br>San Diego CA 92111<br>amandas@potterhandy.com | *Attorneys for Plaintiff* |

Executed on August 19, 2020 at Irvine California.

WAYNE C. ARNOLD

By: */s/ Wayne C. Arnold*
    **WAYNE C. ARNOLD**
    Attorney for Defendant Thrifty Payless, Inc.